**Dismissed and Memorandum Opinion filed January 21, 2021.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-20-00753-CR

## ROBERT CRAIG SMITH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1628134**

## MEMORANDUM OPINION

Appellant entered a guilty plea to the felony offense of driving while intoxicated with a child under 15 years old in the vehicle. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for 14 months in the State Jail Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On November 17, 2020, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Hassan, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)